IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. MCGREGOR, | ) | |
| RONALD E. GILLEY, | ) | |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| JARROD D. MASSEY, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

ORDER

Upon consideration of the motions to continue, etc. (doc. nos. 247, 251, 252, 256, 260, 261, 262, 266, and 270), it is ORDERED that the motions are set for oral argument on December 13, 2010, at 10:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

All 11 defendants are to be present.

DONE, this the 7th day of December, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE