IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY. | ) | |

<u>ORDER</u>

Paragraph numbered two of the court's order of April 15, 2011 (Doc. No. 916), provides: "The government is allowed until April 22, 2011, to file a motion, with supporting law, asking that the transcripts be made available to the jury during its deliberations. By April 29, 2011, the defendants may file responses, if any." Accordingly, it is ORDERED that the government's response filed on April 22, 2011 (Doc. No. 991), is treated as a motion to allow transcripts to be used by jurors during

their deliberations and that the defendants are to respond to the motion by April 29, 2011.

DONE, this the 25th day of April, 2011.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**