IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY. | ) | |

ORDER

It is ORDERED that the motion to strike and to preclude the government from arguing that 18 U.S.C. § 666 does not require a quid pro quo (Doc. No. 980) is set for submission, without oral argument, on April 26, 2011, with all briefs due by said date.

DONE, this the 25th day of April, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE