IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>    v.               )<br> )<br>MILTON E. McGREGOR,       )<br>THOMAS E. COKER,          )<br>ROBERT B. GEDDIE, JR.,    )<br>LARRY P. MEANS,           )<br>JAMES E. PREUITT,         )<br>QUINTON T. ROSS, JR.,     )<br>HARRI ANNE H. SMITH,      )<br>JARRELL W. WALKER, JR.,   )<br>and JOSEPH R. CROSBY.     ) | CRIMINAL ACTION NO.<br>    2:10cr186-MHT<br>       (WO) |

## ORDER

It is ORDERED that the briefs filed pursuant to the court's order of March 22, 2011 (Doc. No. 798) are under seal.

DONE, this the 25th day of April, 2011.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE