IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA   )
                           )
            v.             )       CRIMINAL ACTION NO.
                           )         2:10cr186-MHT
MILTON E. McGREGOR,        )            (WO)
THOMAS E. COKER,           )
ROBERT B. GEDDIE, JR.,     )
LARRY P. MEANS,            )
JAMES E. PREUITT,          )
QUINTON T. ROSS, JR.,      )
HARRI ANNE H. SMITH,       )
JARRELL W. WALKER, JR.,    )
and JOSEPH R. CROSBY       )

<u>ORDER</u>

It is ORDERED that the magistrate judge's
recommendation (doc. no. 865) as to defendants Thomas
E. Coker, Robert B. Geddie, Jr., Milton E. McGregor,
James E. Preuitt, Larry P. Means, Jarrell W. Walker,
Jr., Joseph R. Crosby, and Quinton T. Ross, Jr.'s
motions to suppress (doc. nos. 553, 556, 560, 564,
572, 573, 586, and 588) is set for oral argument on
May 4, 2011, at 2:00 p.m. at the Frank M. Johnson, Jr.

United States Courthouse Complex, Courtroom 2FMJ, One

Church Street, Montgomery, Alabama.

DONE, this the 25th day of April, 2011.


　　　　　　　　　　　　／s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE