IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY. | ) | |

## ORDER

It is ORDERED that the magistrate judge's recommendation (Doc. No. 864) as to defendant Quinton T. Ross's motion to dismiss regarding counts 17 and 18 regarding Hobbs Act charges (Doc. No. 469) is set for oral argument on May 3, 2011, at 11:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse

Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 26th day of April, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**