IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MILTON E. McGREGOR, ) <br> THOMAS E. COKER, ) <br> ROBERT B. GEDDIE, JR., ) <br> LARRY P. MEANS, ) <br> JAMES E. PREUITT, ) <br> QUINTON T. ROSS, JR., ) <br> HARRI ANNE H. SMITH, ) <br> JARRELL W. WALKER, JR., ) <br> and JOSEPH R. CROSBY ) | CRIMINAL ACTION NO. <br> 2:10cr186-MHT <br> (WO) |

## ORDER

It is ORDERED that the magistrate judge's recommendation (doc. No. 862) as to defendants Milton E. McGregor, Thomas E. Coker, Robert B. Geddie, Jr., Larry P. Means, James E. Preuitt, Quinton T. Ross, Jr., Harri Anne H. Smith, Jarrell W. Walker, Jr., and Joseph R. Crosby's motions to dismiss counts 1 through 12, and 14 through 16 regarding federal-programs bribery under 18 U.S.C. § 666 (doc. nos. 206, 408,

437, 441, 443, 450, 456, 463, 474, 486) is set for oral argument on May 6, 2011, at 11:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 26th day of April, 2011.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE