IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MILTON E. McGREGOR, )<br>THOMAS E. COKER, )<br>ROBERT B. GEDDIE, JR., )<br>LARRY P. MEANS, )<br>JAMES E. PREUITT, )<br>QUINTON T. ROSS, JR., )<br>HARRI ANNE H. SMITH, )<br>JARRELL W. WALKER, JR., )<br>and JOSEPH R. CROSBY ) | CRIMINAL ACTION NO.<br>2:10cr186-MHT<br>(WO) |

ORDER

It is ORDERED that:

(1) Defendant Larry P. Means's motion to reset (Doc. No. 1025) is granted.

(2) The magistrate judge's recommendation (Doc. No. 862) as to defendants Milton E. McGregor, Thomas E. Coker, Robert B. Geddie, Jr., Larry P. Means, James E. Preuitt, Quinton T. Ross, Jr., Harri Anne H. Smith, Jarrell W. Walker, Jr., and Joseph R. Crosby's motions

to dismiss counts 1 through 12, and 14 through 16 regarding federal-programs bribery under 18 U.S.C. § 666 (Doc. Nos. 206, 408, 437, 441, 443, 450, 456, 463, 474, 486) is reset for oral argument on May 5, 2011, at 10:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 2nd day of May, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE