IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY. | ) | |

<u>ORDER</u>

It is ORDERED that defendant Quinton T. Ross's motion to strike and to preclude the government from arguing that 18 U.S.C. § 666 does not require a quid pro quo (Doc. No. 980) is set for oral argument on May 5, 2011, at 10:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One

Church Street, Montgomery, Alabama.  This oral argument will be included along with the oral argument regarding the magistrate judge's recommendation (Doc. No. 862) as to defendants Milton E. McGregor, Thomas E. Coker, Robert B. Geddie, Jr., Larry P. Means, James E. Preuitt, Quinton T. Ross, Jr., Harri Anne H. Smith, Jarrell W. Walker, Jr., and Joseph R. Crosby's motions to dismiss counts 1 through 12, and 14 through 16 regarding federal-programs bribery under 18 U.S.C. § 666 (Doc. Nos. 206, 408, 437, 441, 443, 450, 456, 463, 474, 486).

DONE, this the 2nd day of May, 2011.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE