IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>MILTON E. McGREGOR,   )<br>THOMAS E. COKER,      )<br>ROBERT B. GEDDIE, JR., )<br>LARRY P. MEANS,       )<br>JAMES E. PREUITT,     )<br>QUINTON T. ROSS, JR., )<br>HARRI ANNE H. SMITH,  )<br>JARRELL W. WALKER, JR., )<br>and JOSEPH R. CROSBY  ) | CRIMINAL ACTION NO.<br>2:10cr186-MHT<br>(WO) |

### ORDER

It is ORDERED as follows:

(1) The motions to allow theory-of-defense jury instructions to be submitted at or near the end of trial, filed by defendants Milton E. McGregor, Thomas E. Coker, Robert B. Geddie, Jr., Larry P. Means, James E. Preuitt, Quinton T. Ross, Jr., Harri Anne H. Smith, and Joseph R. Crosby (doc. nos. 830, 836, 839, 873, 882, 1032, 1035, 1038), are granted.

(2) The instructions are due 48 hours before the end of the evidence in this case, based on the defendants' good-faith estimate of that deadline as the evidence draws to a close.

DONE, this the 2nd day of May, 2011.

                                     /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE