IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   )  <br>                            )  <br>       v.                   )  <br>                            )  <br> MILTON E. McGREGOR,        )  <br> THOMAS E. COKER,           )  <br> ROBERT B. GEDDIE, JR.,     )  <br> LARRY P. MEANS,            )  <br> JAMES E. PREUITT,          )  <br> QUINTON T. ROSS, JR.,      )  <br> HARRI ANNE H. SMITH,       )  <br> JARRELL W. WALKER, JR.,    )  <br> and JOSEPH R. CROSBY       )  | CRIMINAL ACTION NO.  <br>    2:10cr186-MHT  <br>       (WO) |

### ORDER

It is ORDERED as follows:

(1) An on-the-record pretrial conference is set for May 13, 2011, at 11:00 a.m. in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(2) On or before May 11, 2011, after conferring with each other, counsel for all parties are to file

a joint report on the issues to be addressed at the conference.

DONE, this the 2nd day of May, 2011.

                                        /s/ Myron H. Thompson  
                                     UNITED STATES DISTRICT JUDGE