IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>MILTON E. McGREGOR,      )<br>THOMAS E. COKER,         )<br>ROBERT B. GEDDIE, JR.,   )<br>LARRY P. MEANS,          )<br>JAMES E. PREUITT,        )<br>QUINTON T. ROSS, JR.,    )<br>HARRI ANNE H. SMITH,     )<br>JARRELL W. WALKER, JR.,  )<br>and JOSEPH R. CROSBY     ) | CRIMINAL ACTION NO.<br>2:10cr186-MHT |

### ORDER

It is ORDERED that the magistrate judge's order (doc. no. 859) as to defendants Milton E. McGregor, Thomas E. Coker, Robert B. Geddie, Jr., Larry P. Means, James E. Preuitt, Quinton T. Ross, Jr., Jarrell W. Walker, Jr., and Joseph R. Crosby's motions to strike the testimony of the agents who testified at the suppression hearing (doc. nos. 768, 787, 813, 818, 821, 824, 826, 832, 837, 845, 847, and 848) is set for

oral argument on May 4, 2011, at 2:00 p.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 2nd day of May, 2011.

                                           /s/ Myron H. Thompson  
                                    UNITED STATES DISTRICT JUDGE