IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, ) | (WO) |
| THOMAS E. COKER, ) | |
| ROBERT B. GEDDIE, JR., ) | |
| LARRY P. MEANS, ) | |
| JAMES E. PREUITT, ) | |
| QUINTON T. ROSS, JR., ) | |
| HARRI ANNE H. SMITH, ) | |
| JARRELL W. WALKER, JR., ) | |
| and JOSEPH R. CROSBY. ) | |

### ORDER

It is ORDERED that the defendants Milton E. McGregor, Robert B. Geddie, Jr., James E. Preuitt, Quinton T. Ross, Jr., and Harri Anne H. Smith's motions regarding use of transcripts during trial (Doc. Nos. 1036, 1040, 1041, 1044, and 1047) are set for submission, without oral argument, on May 6, 2011, with all briefs due by said date.

DONE, this the 2nd day of May, 2011.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE