IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY. | ) | |

### ORDER

Upon consideration of the United States Magistrate Judge's recommendation regarding charges brought under the Hobbs Act (Doc. No. 864) and the objections contained in the appeal filed by defendant Quinton T. Ross, Jr. (Doc. No. 951); and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Quinton T. Ross, Jr.'s objections (Doc. No. 951) are overruled;

(2) That the recommendation of the United States Magistrate Judge (Doc. No. 864) is adopted; and

(3) That defendant Ross's motion to dismiss Hobbs Act charges (Doc. No. 469) is denied.

DONE, this the 3rd day of May, 2011.

                                        /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**