IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

## ORDER

It is ORDERED that paragraph numbered (11) of the scheduling order (Doc. No. 316) is amended as follows:

> "At 10:00 a.m. on Wednesday, May 25, 2011, counsel for all parties are to meet in the assigned courtroom with the courtroom deputy, representatives of the United States Marshals Service, the court reporter, and the court's information technology personnel to go over courtroom seating and where counsel may meet with their clients in private during the trial; to make sure that all electronic equipment is properly working and that all counsel are fully familiar with the equipment; to be briefed on security matters; etc.

By no later than 10:00 a.m. on Friday, June 3, 2011, counsel for all parties are to have delivered to the courtroom deputy all binders of exhibits for jurors (16 sets) and personal copies of exhibits they intend to use at trial, so that all their exhibits will already have been screened by court security and placed appropriately in the courtroom or their assigned individual conference rooms."

DONE, this the 11th day of May, 2011.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE