IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
     v.                      )    CRIMINAL ACTION NO.
                             )       2:10cr186-MHT
MILTON E. McGREGOR,          )           (WO)
THOMAS E. COKER,             )
ROBERT B. GEDDIE, JR.,       )
LARRY P. MEANS,              )
JAMES E. PREUITT,            )
QUINTON T. ROSS, JR.,        )
HARRI ANNE H. SMITH,         )
JARRELL W. WALKER, JR.,      )
and JOSEPH R. CROSBY         )
```

## ORDER

Based upon the representations made in open court on Friday 13, 2011, it is ORDERED as follows:

(1) The parties' dispute regarding the adequacy of notice in the government's 404(b) filing (Doc. No. 562) is referred to Magistrate Judge Capel.

(2) The parties' dispute regarding the volume and duplicity of discovery tendered by the

government to the defendants is referred to Magistrate Judge Capel.

DONE, this the 13th day of May, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE