IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MILTON E. McGREGOR, )<br>THOMAS E. COKER, )<br>ROBERT B. GEDDIE, JR., )<br>LARRY P. MEANS, )<br>JAMES E. PREUITT, )<br>QUINTON T. ROSS, JR., )<br>HARRI ANNE H. SMITH, )<br>JARRELL W. WALKER, JR., )<br>and JOSEPH R. CROSBY ) | CRIMINAL ACTION NO.<br>2:10cr186-MHT<br>(WO) |

## OPINION AND ORDER

Federal Rule of Criminal Procedure 24(b)(2) permits the government six peremptory challenges and the defendant ten peremptory challenges in a non-capital felony case. In a multi-defendant case, it is within the district court's discretion to allow additional peremptory challenges and to allow the defendants to decide whether to exercise those

challenges separately or jointly. Fed. R. Crim. P. 24(b).

Based upon the representations made in open court on Friday 13, 2011, it is ORDERED that defendants Milton E. McGregor, Thomas E. Coker, Robert B. Geddie, Jr., James E. Preuitt, Quinton T. Ross, Jr., and Joseph R. Crosby's motions for additional peremptory strike (Doc. Nos. 361, 433, 440, 447, 458, and 482) are granted as follows:

(1) In addition to 12 principal jurors, four alternate jurors will be empaneled.

(2) Two peremptory strikes will be allotted to each defendant, for a total of 18.

(3) Ten peremptory strikes will be allotted to the government.

(4) One additional peremptory strike will be allotted to each defendant for the selection of alternate jurors, for a total of nine.

(5) Five additional peremptory strikes will be allotted to the government for the selection of alternate jurors.

(6) The defendants may decide among themselves whether to use their challenges separately or jointly.

DONE, this the 13th day of May, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE