IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:10cr186-MHT |
| MILTON E. McGREGOR,   ) | (WO) |
| THOMAS E. COKER,   ) | |
| ROBERT B. GEDDIE, JR.,   ) | |
| LARRY P. MEANS,   ) | |
| JAMES E. PREUITT,   ) | |
| QUINTON T. ROSS, JR.,   ) | |
| HARRI ANNE H. SMITH,   ) | |
| JARRELL W. WALKER, JR.,   ) | |
| and JOSEPH R. CROSBY   ) | |

## ORDER

It is ORDERED that counsel for the parties shall have the following time limits for opening statements:

(1) The government: 50 minutes.

(2) First defense lawyer: 45 minutes.

(3) Second defense lawyer: 40 minutes.

(4) Third through ninth defense lawyer: 35 minutes each.

(5) If defense counsel cannot decide among themselves who is to go first, second, third, fourth, etc., the court will do so for them.

DONE, this the 23rd day of May, 2011.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**