IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY. | ) | |

## ORDER

Upon consideration of the United States Magistrate Judge's recommendation regarding the motions to dismiss based on duplicity (Doc. No. 858) and the objections filed by defendants Milton E. McGregor and Thomas E. Coker (Doc. Nos. 923 and 926); after an independent and de novo review of the record; and with the understanding that an opinion will follow giving the reasons behind this order, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The objections (Doc. Nos. 923 and 926), filed by defendants Milton E. McGregor and Thomas E. Coker, are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. No. 858) is adopted, albeit with somewhat different reasoning to be set out in the forthcoming opinion of the court.

(3) The motions to dismiss based on duplicity (Doc. Nos. 426 and 451), filed by defendants Milton E. McGregor and Thomas E. Coker, are denied.

DONE, this the 26th day of May, 2011.

                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**