IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

## ORDER

Pursuant to the magistrate judge's orders (Doc. Nos. 1181 and 1208) and the notices filed by the parties (Doc. Nos. 1214 and 1216), it is ORDERED that the following jurors are excused "for cause" by agreement of the parties: H-048, H-050, H-077, H-219, H-250, H-300, H-313, H-621, H-765, H-782, H-838.

DONE, this the 3rd day of June, 2011.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**