IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

### ORDER

Based on the representations made in camera on July 6, 2011, it is ORDERED as follows:

(1) Defendant Jarrell W. Walker, Jr.'s memorandum (doc. no. 1365) is treated as a motion for determination of whether telephone calls are subject to attorney-client and marital-communications privileges.

(2) Said motion is referred to Magistrate Judge Terry Moorer for consideration.

DONE, this the 6th day of July, 2011.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE