IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

## ORDER

Jury selection in this case was held on June 6 - 9, 2011, and the trial commenced on June 10, 2011. A petit juror serving more than ten days on one case may be paid, at the discretion of the trial judge, an additional $ 10.00 per day for each day in excess of ten days pursuant to 28 U.S.C. § 1871(b)(2).

It is therefore ORDERED that the jurors in the above-referenced case be paid an attendance fee of

$ 50.00 per day for all days served in excess of ten days.

DONE, this the 12th day of July, 2011.

                                         /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE