IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| ROBERT B. GEDDIE, JR., | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| QUINTON T. ROSS, JR., | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

## ORDER

The court recognizes that it has discretion whether to limit the number of character witnesses, and, if limited, to set the number of character witnesses based on the individual circumstances of a defendant. See, e.g., United States v. Watson, 669 F.2d 1374, 1382 (11th Cir. 1982) ("We recognize that trial courts, in the exercise of their discretion, may limit the number of character witnesses a party may call and, absent an abuse of discretion, the district

court's ruling will not be disturbed on appeal."). After considering the defendants' submissions and their separate and individual circumstances, it is ORDERED as follows:

(1) Defendant Milton E. McGregor's request in regard to character witnesses (doc. no. 1337) is granted to the extent that defendant McGregor is allowed five character witnesses.

(2) Defendant Larry P. Means's request in regard to character witnesses (doc. no. 1339) is granted to the extent that defendant Means is allowed five character witnesses.

(3) Defendant Quinton T. Ross, Jr.'s request in regard to character witnesses (doc. no. 1347) is granted to the extent that defendant Ross is allowed five character witnesses.

(4) Defendant Harri Anne H. Smith's request in regard to character witnesses (doc. no. 1345) is

granted to the extent that defendant Smith is allowed five character witnesses.

(5) Defendant Jarrell W. Walker, Jr.'s request in regard to character witnesses (doc. no. 1349) is granted to the extent that defendant Walker is allowed five character witnesses.

(6) Defendant Joseph R. Crosby's request for four character witnesses (doc. no. 1341) is granted and defendant Crosby is allowed four character witnesses.

(7) Defendant Thomas E. Coker is allowed up to five character witnesses.

(8) Defendant Robert B. Geddie, Jr. is allowed up to five character witnesses.

(9) Defendant James E. Preuitt is allowed up to five character witnesses.

The court is willing, upon request, to instruct the jury that each defendant could have called more character witnesses but that the court restricted them from calling more than five; and that, if allowed to

call more character witnesses, the additional character witnesses would have testified to the defendants' good character.

DONE, this the 15th day of July, 2011.

                           /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE