IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL ACTION NO. |
| ) | 2:10cr186-MHT |
| MILTON E. McGREGOR,      ) | (WO) |
| THOMAS E. COKER,         ) | |
| ROBERT B. GEDDIE, JR.,   ) | |
| LARRY P. MEANS,          ) | |
| JAMES E. PREUITT,        ) | |
| QUINTON T. ROSS, JR.,    ) | |
| HARRI ANNE H. SMITH,     ) | |
| JARRELL W. WALKER, JR.,  ) | |
| and JOSEPH R. CROSBY.    ) | |

ORDER

It is ORDERED as follows:

(1) The total time for closing arguments is 15 hours as follows: five hours for the government; and ten hours total for the nine defendants, with the time to be divided among the nine defendants as they so choose. If the defendants are unable to agree to a division, the court itself will divide the hours among them.

(2) Closing arguments will be held on Wednesday and Thursday, August 3 and 4, 2011. For each of these two

days, arguments will run from 8:00 a.m. to 10:00 a.m., 10:30 a.m. to noon, 1:00 p.m. to 3:00 p.m., and 3:30 p.m. to 5:30 p.m., for a total of 7½ hours each day and a total of 15 hours for both days.

DONE, this the 1st day of August, 2011.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**