IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr186-MHT |
| | ) | (WO) |
| ROBERT B. GEDDIE, JR. | ) | |

### ORDER

Upon careful consideration of defendant Robert B. Geddie, Jr.'s oral motion for judgment of acquittal made in open court on July 29, 2011, it is ORDERED that the court grants the motion as to Count 3 and denies the motion in all other respects. As to Count 3, the evidence presented by the government under the theory it asserted to the court is insufficient to support a conviction under this count.

DONE, this the 2nd day of August, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE