IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )   CRIMINAL ACTION NO.
                              )      2:10cr186-MHT
MILTON E. McGREGOR,           )          (WO)
THOMAS E. COKER,              )
ROBERT B. GEDDIE, JR.,        )
LARRY P. MEANS,               )
JAMES E. PREUITT,             )
QUINTON T. ROSS, JR.,         )
HARRI ANNE H. SMITH,          )
JARRELL W. WALKER, JR.,       )
and JOSEPH R. CROSBY          )
```

## COURT'S SUPPLEMENTAL INSTRUCTIONS TO THE JURY

Members of the Jury:

You have asked me to define the words "unlawful plan" as used in the following part of the instructions as to Count 1:

> "First: two or more persons in some way agreed to try to accomplish a shared and unlawful plan as charged in Count 1 of the indictment."

You are instructed that the phrase "unlawful plan" refers to the allegations in paragraph 28 of the indictment, including subparts A and B. You should

therefore read paragraph 28 of the indictment, including subparts A and B, to determine the meaning of the unlawful plan alleged in this case.

Furthermore, as I advised you earlier, you must follow all of my instructions as a whole. You must not single out or disregard any of the court's instructions on the law. You must consider this additional instruction along with all other instructions I have given you. I therefore ask that you reread and consider my entire earlier instructions in conjunction with this additional instruction, and consider them all as a whole.