IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, ) | (WO) |
| THOMAS E. COKER, ) | |
| ROBERT B. GEDDIE, JR., ) | |
| LARRY P. MEANS, ) | |
| JAMES E. PREUITT, ) | |
| QUINTON T. ROSS, JR., ) | |
| HARRI ANNE H. SMITH, ) | |
| JARRELL W. WALKER, JR., ) | |
| and JOSEPH R. CROSBY ) | |

## ORDER

By agreement of the parties made in court on August 8, 2011, it is ORDERED that the following provision in M.D. Ala. L. R. 5.9(b) is suspended until further order of this court: "In ... criminal actions, all exhibits filed with or received by the Court during the pendency of the action, including during trial shall be promptly returned by the clerk to the custody of the offering party or investigating agency upon the rendering of a verdict in a jury action ...." In other words, the clerk

of the court is not to return the exhibits to the parties in this case until further order of the court.

DONE, this the 8th day of August, 2011.

                            <u>/s/ Myron H. Thompson</u>
                            **UNITED STATES DISTRICT JUDGE**